*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ADEM GUN

_____
Plaintiff

Case No.   1:26-cv-01424

VS.

Judge   Judge David C Joseph

TODD BLANCHE, et al.

_____
Defendant

Magistrate Judge   Judge David J Ayo

**ORDER**

IT IS ORDERED that Utku Galip Akcok be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Plaintiff Adem Gun in the above described action.

SO ORDERED on this, the _7th_ day of _May_ , 20_26_.

_____
U.S. Magistrate Judge