**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ADEM GUN                                CIVIL ACTION NO.  1:26-CV-01424
                                        SECTION P

VERSUS                                  JUDGE DAVID C. JOSEPH

TODD BLANCHE ET AL                      MAGISTRATE JUDGE DAVID J. AYO

<u>**JUDGMENT**</u>

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record and noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 19] is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION TO DISMISS [Doc. 17] is GRANTED and that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in chambers on this 5th day of August 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT